**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 10-1623**

---

SAMUEL G. BAILEY,

             Plaintiff - Appellant,

        v.

BLACK ENTERTAINMENT TELEVISION, INC.; PARAMOUNT; VIACOM,

             Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, Chief District Judge.  (3:09-cv-00787-JRS)

---

Submitted:  August 26, 2010          Decided:  September 1, 2010

---

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Samuel G. Bailey, Appellant Pro Se.   John B. O'Keefe, LEVINE SULLIVAN KOCH & SCHULZ, LLP, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel G. Bailey appeals the district court's order denying his copyright complaint against Black Entertainment Television, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bailey v. Black Entm't Television, Inc., No. 3:009-cv-00787-JRS (E.D. Va. May 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED